# UNITED STATES COURT OF APPEALS
### for the
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of April, two thousand and fifteen,

_____

| | |
|---|---|
| Panagiotis Mavroidis, | **ORDER** |
| | Docket No. 15-469 (L) |
|     Plaintiff-Counter-Defendant - Appellant, | |
| Cross-Appellee, | 15-645 (xap) |
| v | |
| Mega Parking Systems, Inc., James Stefatos, | |
|     Defendants-Counter-Claimants - Appellees, Cross-Appellants, | |
| James Armenakis, Vally Stavropoulos, | |
|     Defendants - Appellees. | |

_____

    The Appellant-Cross-Appellee Panagiotis Mavroidis filed a Notice of Appeal in the above-referenced matter, 15-469(L). Appellant filed Form D on March 26, 2015 but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

    IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant-Cross-Appellee's brief must be filed on or before May 5, 2015. The appeal is dismissed effective May 5, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); cf.<u>RLI Insurance Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013)

                                          For The Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

